No. 69653.—Advance Pet Supply Co. *v.* United States, protest 64/24880 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

No. 69654.—Theodore B. Smith Co., Inc., and Hershey Co. *v.* United States, protest 64/13239 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of vinyl articles similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.

No. 69655.—Hershey Co. *v.* United States, protest 64/18465 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of vinyl articles similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.